```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/17
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BROOKLYN CENTER FOR
INDEPENDENCE OF THE DISABLED, a
nonprofit organization; PHIL BEDER, an
individual; MILAGROS FRANCO, an
individual; and EDITH PRENTISS, an
individual, on behalf of themselves and all
others similarly situated,

     Plaintiffs,

-against-

NEW YORK STATE OFFICE OF PARKS,
RECREATION AND HISTORIC
PRESERVATION; ROSE HARVEY in her
official capacity as COMMISSIONER OF
PARKS, RECREATION AND HISTORIC
PRESERVATION; and FOUR FREEDOMS
PARK CONSERVANCY

     Defendants.

No. 17-cv-1923 (GHW)

**STIPULATION OF DISMISSAL**

  It is hereby stipulated and agreed by and between the attorneys for the respective parties hereto that this action, having been settled by a separate agreement, is dismissed with prejudice except to the extent necessary to enforce the Agreement pursuant to Paragraphs 15 and 26 thereof, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The Court shall retain jurisdiction over this case only for purposes of enforcement and dispute resolution regarding the terms of the agreement.

Dated: November 28, 2017    Respectfully submitted,
    New York, New York

_____    _____
Michelle Caiola          Joshua A. Stein
DISABILITY RIGHTS ADVOCATES  EPSTEIN BECKER & GREEN, P.C.
675 Third Ave. Ste. 2216      250 Park Avenue

New York, NY 10017  
Tel: (212) 644-8644  
Fax: (212) 644-8636  
mcaiola@dralegal.org

New York, NY 10177  
Tel: (212) 351-4660  
Fax: (212) 878-8600  
jstein@ebglaw.com

SO ORDERED  
November 29, 2017  
New York, NY

_____  
GREGORY H. WOODS  
United States District Judge